387 A.2d 104

Commonwealth v. Canty, Appellant.

Argued December 14, 1977. Arnold Laikin, with him Fox & Fox, for appellant; Stephen B. Harris, First Assistant District Attorney, and Kenneth G. Biehn, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, J., did not participate in the consideration or decision of this case.